

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      Eduardo Franco v. Stacey Franco

Appellate case number:   01-14-00918-CV

Trial court case number:  2014-59313

Trial court:                     280th District Court of Harris County

        This case involves an appeal from a protective order, signed on October 24, 2014. Appellant, Eduardo Franco, filed his notice of appeal on November 12, 2014. *See* TEX. R. APP. P. 25.1, 26.1. The appellate record was due in this Court on December 23, 2014. The clerk's record was filed on January 27, 2015. A reporter's record has not been filed.

        On January 6, 2015, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested a reporter's record or paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellant that unless he provided written evidence that he had paid, or made arrangements to pay, for the reporter's record, or provided proof that he is entitled to proceed without payment of costs by February 5, 2015, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant has not adequately responded. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.*

        **Appellant's brief is ORDERED to be filed within 30 days of the date of this order**. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

        It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                              ☑ Acting individually     ☐ Acting for the Court

Date:  March 3, 2015